# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10      UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

**FILED**

JAMES J. VILT, JR. - CLERK

DEC 2 2 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Wayne Anthony Ray
_____
(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:23CV-669-JHM
(To be supplied by the clerk)

Kentucky Department
of Corrections
_____

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

_____
(Full name of the Defendant(s) in this action)

## I.    PARTIES

(A) **Plaintiff(s)**.  Place the full name of the Plaintiff in the first blank below, his/her
place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff
named, if any.

(1) Name of Plaintiff: Wayne Anthony Ray

Place of Confinement: Kentucky

Address: 3001 West Hwy 146

Status of Plaintiff: CONVICTED (✓)    PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: Wayne Anthony Ray

Place of Confinement: Kentucky

Address: 3001 WEST HWY 146

Status of Plaintiff: CONVICTED ( ✓ )   PRETRIAL DETAINEE ( )

(3) Name of Plaintiff: WAYNE ANTHONY RAY

Place of Confinement: Kentucky

Address: 3001 WEST HWY 146

Status of Plaintiff: CONVICTED ( ✓ )   PRETRIAL DETAINEE ( )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant ANNA Valentine is employed

as Warden at Reformatory .

The Defendant is being sued in his/her ( ) individual and/or ( ✓ ) official capacity.

(2) Defendant ANNA Valentine is employed

as Warden at Reformatory .

The Defendant is being sued in his/her ( ) individual and/or ( ✓ ) official capacity.

(3) Defendant ANNA Valentine is employed

as Warden at Reformatory .

The Defendant is being sued in his/her ( ) individual and/or ( ✓ ) official capacity.

(4) Defendant ANNA Valentine is employed

as Warden at Reformatory .

The Defendant is being sued in his/her ( ) individual and/or ( ✓ ) official capacity.

2

6.    State every person, business, or organization owing you money, and the amount owed.

| Who owes you money? | Amount owed to you |
|---|---|
| a. NONE | $ |
| b. | $ |
| c. | $ |
| d. | $ |

7.    Do you expect any major changes to your income, or in your assets or liabilities during the next 12 months?
☐ Yes  ☑ No
If yes, describe on an attached sheet.

8.    Provide any other information that will help explain why you cannot, or cannot without undue hardship, pre-pay the fees or costs for this case.

CONf. NWTENt.  . . . . . . . . . .

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named in the attached Application to Proceed Without Prepayment of Fees and Affidavit has the sum

of  $ _____ on account to his/her credit at (name of institution)

_____. I further certify that the applicant has the following

securities to his/her credit: _____. I further certify

that during the past six months the applicant's average balance was $ _____, and the following

statement of all receipts, expenditures, and balances during the last six months is true and correct.


Date: _____    Signature of Authorized Officer: _____

Printed Name: _____

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Knowing and welling Lee holding me in custodian.

Kentucky State Reformatory also Kentucky State Penitentiary. Child stealing commonly pearde a penalty for any one who shall lead, Take, Entice or detain a child under a specified age with intent to keep or conceal it from its parent, quardian, or other person having lawful care or control thereof. "felony kidnapping."

## III. STATEMENT OF CLAIM(S) continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ _____

_____ grant injunctive relief by _28 U.S.C. § 2241, or 2255)._

_____ award punitive damages in the amount of $ _____

_____ other:  _Release from illegal detention,_

## V.   DECLARATION UNDER PENALTY OF PERJURY
### (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _20_ day of ___Dec,___, 20_23_

_Wayne Anthony Ray_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _12/20/2023_.

_Wayne Anthony Ray_
(Signature)

6

WAYNE ANTHONY RAY #071560
Kentucky State Reformatory
3001 West Hwy 146
LaGrange, Ky
40032.

**FILED**
JAMES J. VILT, JR. - CLERK

DEC 2 2 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



KENTUCKY STATE REFORMATORY
LAGRANGE, KY 40032
INMATE MAIL
NOT RESPONSIBLE FOR CONTENTS

NEOPOST
12/21/202
US POST
00.00
032
457337
FOREVER / USA

CLERK,
601 West Broadway, Rm 106
GENE Snyder United States court House

Louisville, Kentucky
40202.