# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**WAYNE ANTHONY RAY**                                                                                   **PLAINTIFF**

v.                                                                            **CIVIL ACTION NO. 3:23CV-P669-JHM**

**KENTUCKY DEPARTMENT**
**OF CORRECTIONS**                                                                                     **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:   April 1, 2024

*[signature]*
Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:     Plaintiff, *pro se*
4414.010